IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. CR408-315 |
| ) | |
| MARCUS SHANTAY BANKS, ) | |
| ) | |
| Defendant. ) | |

### O R D E R

Before the Court is Defendant Marcus Shantay Banks' Motion for Early Termination of Supervised Release. (Doc. 1670.) The Government has responded in opposition to Defendants' motion. (Doc. 1688.) After careful consideration and consultation with probation, Defendant's motion (Doc. 1670) is **DENIED**.

SO ORDERED this 7th day of April 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA